United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-13399-amc
Kerim Gungor                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Sep 20, 2017
                              Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2017.
```
db              +Kerim Gungor,    489 Linda Lane,    Fairless Hills, PA 19030-3807
13917890         Aslan Klinc,    364 Aramingo Avenue,    Clifton, NJ 07012
13917891        +Barclay's Bank,    PO Box 8801,    Wilmington, DE 19899-8801
13917892        +Barclays Bank,    PO Box 8801,    Wilmington, DE 19899-8801
13917893        +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
13917894        +Champion MTG,    11 Eves Dr.,    Marlton, NJ 08053-3130
13917895        +Chase,    Po box 94014,    Palatine, IL 60094-4014
13917896        +CitiMortgage,    Citibank,    MC2197 BSC,    PO Box 6205,    Sioux Falls, SD 57117-6205
13959662         CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13917897        +Citimortgage, Inc,    PO Box 9001067,    Louisville, KY 40290-1067
13917898        +Diversified,    333 N. Canyons Parkway,    Suite 100,    Livermore, CA 94551-9480
13952938        +M&T Bank,    PO Box 1508,    Buffalo, New York 14240-1508
13917902        +Tokhan Colak,    517 BrooKline Blvd,    Pittsburgh, PA 15226-2001
13917903        +Toyota,    Toyota Financing Services,    PO Box 4102,    Carol Stream, IL 60197-4102
13939785        +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
13917904        +Toyota Motors,    PO Box 4102,    Carol Stream, IL 60197-4102
13978200         US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
13917905        +USDOE / Great Lakes Education Lending,    PO Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Sep 21 2017 01:40:25     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2017 01:40:05
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2017 01:40:21     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: ally@ebn.phinsolutions.com Sep 21 2017 01:39:52     Ally Financial Inc.,
                  P.O. Box 130424,    Roseville, MN 55113-0004
cr              +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2017 01:37:25     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13935262         E-mail/Text: ally@ebn.phinsolutions.com Sep 21 2017 01:39:52     Ally Bank,    PO Box 130424,
                  Roseville, MN 55113-0004
13917889        +E-mail/Text: ally@ebn.phinsolutions.com Sep 21 2017 01:39:52     Ally Financial,
                  PO Box 9001951,    Louisville, KY 40290-1951
13979706         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2017 01:40:18     Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
13917899         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 21 2017 01:40:18     Jefferson Capital Systems, LLC,
                  16 McLeland Road,    Saint Cloud, MN 56303
13917900         E-mail/Text: camanagement@mtb.com Sep 21 2017 01:39:58     M & T Bank,    PO Box 844,
                  Buffalo, NY 14240
13918564        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2017 02:11:00
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

```
                  ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13917901*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                  (address filed with court: M&T Bank,      PO Box 844,    Buffalo, NY 14240)
13965188*       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                  Addison, Texas 75001-9013
13917906*       +USDOE/ Great Lakes Education Lending,    PO Box 7860,    Madison, WI 53707-7860
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Stacey              Page 2 of 2                  Date Rcvd: Sep 20, 2017
                               Form ID: pdf900           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              ARSEN   KASHKASHIAN    on behalf of Debtor Kerim  Gungor kashlaw@aol.com
              MARIO J. HANYON    on behalf of Creditor    Citimortgage, Inc. Asf Us Bank National Association As
               Trustee et al. paeb@fedphe.com
              MARIO J. HANYON    on behalf of Creditor    Citimortgage, INC. paeb@fedphe.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

KERIM GUNGOR                                  Chapter 13

                        Debtor          Bankruptcy No. 17-13399-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

**AND NOW**, this ___19th___ day of ___September___, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ARSEN KASHKASHIAN ESQ
10 CANAL ST

BRISTOL, PA 19007-


Debtor:
KERIM GUNGOR

489 Linda Lane

Fairless Hills, PA 19030